UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

11 AUG 30 AM 9:23

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RENE DE LA ROSA-CHAVEZ,<br><br>            Defendant. | CASE NO. 10CR3201-LAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment

18:1001; 8:1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 25, 2011

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE